# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETE RIOS,<br><br>          Petitioner,<br><br>          v.<br><br>ANTHONY HEDGPETH, Warden,<br><br>          Respondent. | NO. CV 07-4762 GAF (FMO)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: June 30, 2009.

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE